IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NO: 08-30830-DHW |
| Selmar, Daphne S. | } | CHAPTER: 13 |
| Debtor(s) | } | |
| Soc.Sec.No(s).: xxx-xx-7249 | } | |

## MOTION TO APPROVE AGREEMENT REGARDING TEMPORARY MODIFICATION OF LOAN TERMS FILED BY HOUSEHOLD FINANCIAL CORPORATION AND REQUEST FOR TELEPHONIC HEARING

Comes now HOUSEHOLD FINANCIAL CORPORATION, its principals, investors, successors, and/or assigns, if any, (hereinafter "Creditor"), by and through its undersigned counsel of record, Sirote & Permutt, P.C., and moves this Honorable Court to set this matter for telephonic hearing and approve an agreement regarding temporary modification of loan terms in the above-referenced Debtor(s)' Chapter 13 bankruptcy and in support thereof, Creditor avers as follows:

1. The Creditor holds a mortgage lien on the property commonly referred to as 2404 Chappell Drive, Montgomery, AL 36108, and more fully described in the mortgage and note.

2. The Creditor will reduce the interest rate to 5.25% for the remainder of the bankruptcy case. The monthly principal and interest amount would be reduced to $342.23 effective July 30, 2010. This payment amount does not include any escrow amount due each month.

3. The Creditor will place the post-petition payments for 5/30/10 and 6/30/10 to the end of the loan,

3. If the case is dismissed for any reason or if the Debtor's case is discharged, then the modified terms would be deemed void and the loan would revert to its original terms.

**WHEREFORE, ABOVE PREMISES CONSIDERED,** the Creditor herein prays that this Honorable Court will set this matter for telephonic hearing and approve the agreement regarding modification of loan terms.

Respectfully submitted,

*/s/ Enslen J. Crowe*
Enslen Crowe (CRO 098)
Attorney for Creditor

OF COUNSEL:
SIROTE & PERMUTT, P.C.
P. O. Box 55887
Birmingham, Alabama 35255-5887
(205) 918-5013/ fax 205-930-5101
ecrowe@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify in accordance with Fed. R. Bankr. P. 4001(a), 9014, and 7004that a copy of the above and foregoing Motion for Approval of Modification of Loan Terms, first class postage prepaid or served via electronic case management to:

| | | |
|---|---|---|
| Vonda S. McLeod | Daphne S. Selmar | Curtis C. Reding |
| 566 South Perry Street | 2404 Chappell Drive | P.O. Box 173 |
| P.O. Box 201 | Montgomery, AL 36108 | Montgomery, AL 36101 |
| Montgomery, AL 36101 | | |

On this the 27th day of July, 2010.

*/s/ Enslen J. Crowe*
OF COUNSEL